IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CASIE MEYER, on behalf of herself and all others similarly situated     PLAINTIFF

V.     CIVIL ACTION NO. 1:19-CV-700-SA-DAS

MEMORIAL HOSPITAL AMBULATORY
HEALTH SYSTEM, INC.     DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled.

Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *with prejudice*.

This the 30th day of June, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE